THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LAURA PAULSON, an individual,

    Plaintiffs,

vs.

WELLS FARGO & COMPANY SALARY CONTINUATION PAY PLAN; an ERISA Plan; and WELLS FARGO COMPANY, a Delaware Corporation,

    Defendants.

Case No. 2:20-cv-1200-RSM

**STIPULATED MOTION TO RENOTE MOTION AND STAY LITIGATION AND ORDER**

## **STIPULATED MOTION**

1. Pursuant to LCR 7(j), the undersigned parties hereby stipulate and request to re-note the Defendants' Motion to Dismiss (Dkt. #9) for consideration until at least November 13, 2020 and extend all responsive pleading deadlines under LCR 7(d)(3) accordingly. The parties believe good cause exists because Plaintiff's counsel has communicated scheduling conflicts and requested additional time for Plaintiff to prepare her responsive pleading, which would require Defendants' Motion to Dismiss to be re-noted to November 13, 2020.

2. Pursuant to LCR 7(j) and 16(a), the undersigned parties further hereby request a stay of litigation of at least fourteen (14) days following this Court's decision on Defendant's

STIPULATED MOTION AND ORDER TO RENOTE
MOTION AND STAY LITIGATION
(2:20-cv-1200-RSM) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 38892717.3

Motion to Dismiss (Dkt. #9) filed on October 5, 2020.  As a result of this stay, the parties request that the deadlines for their FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report, as provided in its September 24, 2020 Order (Dkt. #5), be extended until after the stay is lifted. The parties believe good cause exists for a brief stay to allow the parties to focus on their respective pleadings regarding Defendants' Motion to Dismiss and this Court to rule on said Motion.  Fourteen (14) days after this Court's Order on Defendants' Motion to Dismiss, the stay will be lifted, and litigation will resume on any surviving claims to the extent any remain. Once the stay is lifted fourteen (14) days after this Court's decision on Defendants' Motion to Dismiss, the parties will agree and proceed with the initial deadlines provided in the Court's September 24, 2020 Order (Dkt. #5).

DATED this 22nd day of October, 2020.

| FISHER & PHILLIPS LLP | SAPPHIRE LEGAL, PLLC |
|---|---|
| By: */s/ Ryan R. Jones*<br>Kathleen C. Caminiti, *pro hac vice*<br>kcaminiti@fisherphillips.com<br>Ryan R. Jones, WSBA #52566<br>rrjones@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>1201 Third Avenue, Suite 2750<br>Seattle, WA  98101<br>(206) 682-2308 TEL<br>(206) 682-7908 FAX<br>*Attorney for Defendants* | By: */s/ Kristi Favard (per email authorization)*<br>Kristi Favard, WSBA #34419<br>Sapphire Legal, PLLC<br>5208 S. 2nd Avenue<br>Everett, WA 98203<br>T: 425-322-2848<br>F: 425-322-2850<br>Email: KFavard@sapphire-law.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION AND ORDER TO RENOTE
MOTION AND STAY LITIGATION
(2:20-cv-1200-RSM) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 38892717.3

**ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED:

1. Defendants' Motion to Dismiss (Dkt. #9) is re-noted for consideration to Friday, November 13, 2020 with all responsive deadlines under LCR 7(d)(3) adjusted accordingly; and

2. This litigation is stayed until fourteen (14) days after this Court's Order on Defendants' Motion to Dismiss (Dkt. #9).

Entered this 22nd day of October, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO RENOTE
MOTION AND STAY LITIGATION
(2:20-cv-1200-RSM) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 38892717.3

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

>Kristi Favard, WSBA #34419
>Sapphire Legal, PLLC
>5208 S. 2nd Avenue
>Everett, WA 98203
>T: 425-322-2848
>F: 425-322-2850
>Email: KFavard@sapphire-law.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

DATED this 22nd day of October, 2020.

Susan Grimes, Legal Assistant

CERTIFICATE OF SERVICE - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 38892717.3